UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------

PASHKA BELLIA,

                                              Plaintiff,

-against-

NASSAU CANDY DISTRIBUTORS, INC., LANCE STIER, *Individually and In His Official Capacities,*

                                              Defendants.

-------------------------------------------------------

FILED
CLERK

5/20/2022 10:33 am

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

Case No.: 2:21-CV-00471 (JMA)(AYS)

**STIPULATION OF**
**DISMISSAL WITH**
**PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and among Plaintiff, PASHKA BELLIA, and Defendants, NASSAU CANDY DISTRIBUTORS, INC. and LANCE STIER, through their respective undersigned counsel, that pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) the above-captioned action be and hereby is dismissed in its entirety, with prejudice, and with no award of attorneys' fees, costs or disbursements by the Court to any party.

| PHILLIPS & ASSOCIATES, PLLC | JACKSON LEWIS P.C. |
|---|---|
| By: _____ | By: __Jeffrey M. Schlossberg__ |
| Joshua M. Friedman, Esq. | Jeffrey M. Schlossberg, Esq. |
| 585 Stewart Avenue, Suite 410 | 58 South Service Road, Suite 250 |
| Garden City, New York 11530 | Melville, New York 11747 |
| (212) 248-7431 | (631) 247-0404 |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |
| Dated: 5/4/22 | Dated: 5-18-22 |

SO ORDERED on this 20th day of May, 2022

/s/ Joan M. Azrack
_____
U. S. D. J.